Opinion issued February 20, 2003









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01231-CV

____________


ACME WASTE SOLUTIONS, L.L.C., Appellant


V.


TEXAS MOLECULAR, L.L.C., Appellee






On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 02-20628






MEMORANDUM OPINION

 The Court today considered the parties' joint motion to vacate the trial court's
final judgment and for remand, in which, because of the settlement of their dispute,
the parties request this Court to remand the case to the trial court so that they may
dismiss the cause in accordance with their settlement agreement. The motion is
granted as follows:


 The trial court's judgment of August 26, 2002 is reversed.




 The case is remanded to the trial court for further proceedings.

 All other pending motions are overruled as moot.

 The Clerk of this Court is directed to issue the mandate 10 days after the
date of this opinion. Tex. R. App. P. 18.1.



 PER CURIAM

Panel consists of Justices Taft, Keyes, and Higley.